UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

| | | |
|---|---|---|
| JAMIE PATTERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:11-cv-13354-VAR-MJH |
| | ) | |
| BUREAU OF COLLECTION RECOVERY, | ) | |
| | ) | |
| Defendant. | ) | |

NOW COMES the Plaintiff, JAMIE PATTERSON, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

DATED:  September 21, 2011          RESPECTFULLY SUBMITTED,

                                    KROHN & MOSS, LTD.


                                By: /s/ Michael S. Agruss

                                    Michael S. Agruss
                                    Krohn & Moss, Ltd.
                                    10 N. Dearborn St.
                                    3rd Floor
                                    Chicago, IL 60602
                                    Tel: 323-988-2400 x235
                                    Fax: (866) 620-2956
                                    magruss@consumerlawcenter.com
                                    Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I, Michael S. Agruss, certify that a true and correct copy of the foregoing was served electronically via MFrankel@sdtlawyers.com upon opposing counsel of record.

>By: /s/ Michael S. Agruss
>Michael S. Agruss
>Attorney for Plaintiff