# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### DETROIT DIVISION

| | |
|---|---|
| JAMIE PATTERSON, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | No. 2:11-cv-13354-VAR-MJH |
| ) | |
| BUREAU OF COLLECTION RECOVERY, ) | |
| ) | |
|    Defendant. ) | |

JAMIE PATTERSON (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A)(i) (Dismissal of Actions - Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, BUREAU OF COLLECTION RECOVERY (Defendant), in this case.

DATED: October 28, 2011        RESPECTFULLY SUBMITTED,

                                    KROHN & MOSS, LTD.

                                    By: /s/ Michael S. Agruss

                                    Michael S. Agruss
                                    Krohn & Moss, Ltd.
                                    10 N. Dearborn St.
                                    3rd Floor
                                    Chicago, IL 60602
                                    Tel: 323-988-2400 x235
                                    Fax: (866) 620-2956
                                    magruss@consumerlawcenter.com
                                    Attorneys for Plaintiff

- 2 -

## CERTIFICATE OF SERVICE

I, Michael Agruss, certify that a true and correct copy of the foregoing was served electronically via cmohs@bureauofcollection.com upon opposing counsel of record.

By: /s/ Michael Agruss
Michael Agruss
Attorney for Plaintiff